## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:

CRUZ, JOSE A
CRUZ, VIRGINIA

§
§
§   Case No. 14-10276
§
§

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. BANKRUPTCY COURT, 219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on Tuesday, January 27, 2015 in Courtroom 615, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/12/2014            By: /s/ Barry A. Chatz, Trustee
                                       Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 14-10276-JSB
Jose A Cruz                                                             Chapter 7
Virginia Cruz
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: ccabrales              Page 1 of 3                  Date Rcvd: Dec 19, 2014
                              Form ID: pdf006              Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2014.
db/jdb         +Jose A Cruz,    Virginia Cruz,    4019 N. Bernard,    Chicago, IL 60618-2215
21690103       +Ahesi,    Po Box 9438,    Gaithersburg, MD 20898-9438
21690104       +American Home Mtg Srv,     Ahmsi / Attention: Bankruptcy,     Po Box 631730,
                 Irving, TX 75063-0002
21690106       +Arnoldharris/Med Business Bureau,     Po Box 1219,    Park Ridge, IL 60068-7219
21690110      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,       Attention: Recovery Department,
                 4161 Peidmont Pkwy.,     Greensboro, NC 27410)
21690108       +Banco Popular,    2525 N Kedzie Blvd,     Chicago, IL 60647-2655
21690111        Bank Of America,    4060 Ogletown/Stanton Rd,     Newark, DE 19713
21690112       +Bank of America N.A.,     450 American St.,    Simi Valley, CA 93065-6285
21690114       +Blatt, Hassenmiller, Leibsker,     & Moore LLC,    125 South Wacker Dr, Suite 400,
                 Chicago, IL 60606-4440
21690118      ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,     ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
                 (address filed with court: Chase,      Po Box 1093,    Northridge, CA 91328)
21690123      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citgo Oil / Citibank,       Attn: Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
21690115       +Cap One Na,    Po Box 26625,    Richmond, VA 23261-6625
21690116       +Capital One, N.a.,    Capital One Bank (USA) N.A.,      Po Box 30285,
                 Salt Lake City, UT 84130-0285
21690120        Chase,    Cardmember Service,    PO Box 15298,    Wilmington, DE 19850-5298
21690117       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
21690119       +Chase,    9451 Corbin Avenue,    Northridge, CA 91324-1665
21690121       +Chase Manhattan,    Attn: Bankruptcy Research Dept,      P.O. Box 24696,    Columbus, OH 43224-0696
21690122       +Chase Manhattan Mtge,     3415 Vision Dr,    Columbus, OH 43219-6009
21690124       +Citi Banamex,    2029 Century Park E Fl 4,     Los Angeles, CA 90067-2901
21690125        Citi Residential Lendi,     Attn: Bankruptcy Department,     Po Box 79022 Ms 322,
                 St. Louis, MO 63179
21690128       +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
21690129        Conseco,    345 St Peter/900 Landmk,     Saint Paul, MN 55102
21690130        Consecofin,    345 St Peter/900 Landmk,     Saint Paul, MN 55102
21690132       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
21690133       +EMC Mortgage/Chase,    Attention: Bankruptcy Clerk,      Po Box 293150,
                 Lewisville, TX 75029-3150
21690137       +Harris N.a.,    Attn: Bankruptcy,    3800 Golf Rd Ste. 300/Po Box 8759,
                 Rolling Meadows, IL 60008-8759
21690138       +Hsbc Nv,    Attention: Bankruptcy,    Po Box 5213,     Carol Stream, IL 60197-5213
21690139       +Hsbc/bstby,    Pob 15521,    Wilmington, DE 19850-5521
21690140       +Hsbc/carsn,    Pob 15521,    Wilmington, DE 19850-5521
21690141       +Indymac Bank,    Attn:Bankruptcy,    2900 Esperanza Crossing,     Austin, TX 78758-3658
21690143        Lane Bryant,    PO Box 182121,    Columbus, OH 43218-2121
21690148      ++NISSAN MOTOR ACCEPTANCE CORPORATION,      LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                 (address filed with court: Nmac,     Attn: Bankruptcy,     8900 Freeport Parkway,
                 Irving, TX 75063)
21690146       +Nbgl Carsons,    Pob 15521,    Wilmington, DE 19850-5521
21690147        Nbgl-carsons,    Po Box 15524,    Wilmington, DE 19850
21690150       +Rshk/cbsd,    Attn.: Citi Centralized Bankruptcy,      Po Box 20507,    Kansas City, MO 64195-0507
21690151        Sears/cbna,    133200 Smith Rd,    Cleveland, OH 44130
21690152       +Sears/cbna,    701 East 60th St N,    Sioux Falls, SD 57104-0432
21690153       +Target Corp,    244 Butternut Ln,    Streamwood, IL 60107-2203
21690154       +Tcf Mortgage Corporati,     Attn: Legal Dept,    801 Marquette Ave,     Minneapolis, MN 55402-3475
21690155       +Tnb-Visa (TV) / Target,     C/O Financial & Retail Services,     Mailstop BV  P.O.Box 9475,
                 Minneapolis, MN 55440-9475
21690156      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: Us Bank/na Nd,      Attn: Bankruptcy Dept,     Po Box 5229,
                 Cincinnati, OH 45201)
21690157       +Wash Mutual/providian/Chase,     Attn: Bankruptcy Dept,     Po Box 15298,
                 Wilmington, DE 19850-5298
21690158        Wells Fargo Hm Mortgag,     7255 Baymeadows Wa,    Des Moines, IA 50306
21690159       +Wfm/wbm,    3480 Stateview Blvd-Bldg 2s,     Fort Mill, SC 29715-7203
21690160       +Wfnnb/clark,    Po Box 2961,    Shawnee Mission, KS 66201-1361
21690161       +Wfnnb/harlem,    Attention: Bankruptcy,     Po Box 182686,    Columbus, OH 43218-2686
21690162       +Wfnnb/lanebr,    Po Box 182789,    Columbus, OH 43218-2789

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22484131        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 20 2014 01:17:34
                 American InfoSource LP as agent for,     T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
21690105       +E-mail/Text: RBALTAZAR@ARMORSYS.COM Dec 20 2014 01:04:44        Armor Systems Co,    1700 Kiefer Dr,
                 Suite 1,    Zion, IL 60099-5105
```

```
District/off: 0752-1          User: ccabrales             Page 2 of 3              Date Rcvd: Dec 19, 2014
                              Form ID: pdf006             Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
21690109      +Fax: 866-513-1948 Dec 20 2014 01:22:43     Banco Popular,   7 West 51st Street,
               New York, NY 10019-6910
22560246       E-mail/PDF: rmscedi@recoverycorp.com Dec 20 2014 01:16:39     Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
22224817       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 20 2014 01:15:48     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
21690131      +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 20 2014 01:15:48     Discover Fin,
               Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
21690135      +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2014 01:15:16     GEMB / Old Navy,
               Attention: GEMB,   Po Box 103104,   Roswell, GA 30076-9104
21690134      +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2014 01:16:29     Gecrb/whitehall,   Po Box 981439,
               El Paso, TX 79998-1439
21690136      +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2014 01:15:16     Gemb/JC Penny,
               Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
21690141      +E-mail/Text: EBN_Notifications@OWB.com Dec 20 2014 01:03:04     Indymac Bank,   Attn:Bankruptcy,
               2900 Esperanza Crossing,   Austin, TX 78758-3658
21690142      +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 20 2014 01:02:16     Kohls/capone,
               Po Box 3115,   Milwaukee, WI 53201-3115
21690144      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 20 2014 01:03:13     Midland Credit Management,
               8875 Aero Dr,   Suite 200,   San Diego, CA 92123-2255
21690149      +E-mail/Text: bkdepartment@rtresolutions.com Dec 20 2014 01:03:42     Real Time Resolutions Inc,
               1349 Empire Central Dr,   Suite 150,   Dallas TX 75247-4029
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21690113*     +Bank Of America, N.a.,   450 American St,   Simi Valley, CA 93065-6285
21690126*    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,   Po Box 20507,
               Kansas City, MO 64195)
21690127*    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
               Po Box 20363,   Kansas City, MO 64195)
21690107      ##+Aurora Loan Services,   Attn: Bankruptcy Dept.,   Po Box 1706,   Scottsbluff, NE 69363-1706
21690145      ##+National Credit Soluti,   Po Box 15779,   Oklahoma City, OK 73155-5779
                                                                                           TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2014                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2014 at the address(es) listed below:
```
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Dana N O'Brien    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
               Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee, f/b/o theregistered
               holders of Structured Asset Mortgage Investments II T dobrien@atty-pierce.com,
               northerndistrict@atty-pierce.com
              E. Philip Groben    on behalf of Trustee Barry A Chatz pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Gina B Krol, ESQ    on behalf of Trustee Barry A Chatz gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Jason Blust    on behalf of Joint Debtor Virginia  Cruz jason.blust@clientfirstbankruptcy.com,
               courtnotices@clientfirstbankruptcy.com
```

```
District/off: 0752-1          User: ccabrales              Page 3 of 3                  Date Rcvd: Dec 19, 2014
                              Form ID: pdf006              Total Noticed: 59
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         Jason   Blust    on behalf of Debtor Jose A Cruz jason.blust@clientfirstbankruptcy.com,
          courtnotices@clientfirstbankruptcy.com
         Joseph E Cohen    on behalf of Trustee Barry A Chatz jcohen@cohenandkrol.com,
          jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Rachael A Stokas    on behalf of Creditor    Bank of America, N.A. ND-Two@il.cslegal.com
                                                                                                                                TOTAL: 9