UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
JOSE A CRUZ § Case No. 14-10276
VIRGINIA CRUZ §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 205.00 *(Without deducting any secured claims)* | Assets Exempt: 143,550.00 |
| Total Distributions to Claimants: 20,494.62 | Claims Discharged Without Payment: 1,198,050.07 |
| Total Expenses of Administration: 9,505.38 | |

3) Total gross receipts of $ 30,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 211,163.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,505.38 | 9,505.38 | 9,505.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 880,405.00 | 126,976.69 | 126,976.69 | 20,494.62 |
| **TOTAL DISBURSEMENTS** | $ 1,091,568.00 | $ 136,482.07 | $ 136,482.07 | $ 30,000.00 |

4) This case was originally filed under chapter 7 on 03/21/2014 . The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/14/2015            By:/s/BARRY A. CHATZ
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Residential real estate located at 4019 N. Bernard | 1110-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 30,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgag 7255 Baymeadows Wa Des Moines, IA 50306 | | 211,163.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 211,163.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE BARRY A. CHATZ | 2100-000 | NA | 3,750.00 | 3,750.00 | 3,750.00 |
| TRUSTEE BARRY A. CHATZ | 2200-000 | NA | 83.57 | 83.57 | 83.57 |
| BANK OF NEW YORK MELLON | 2600-000 | NA | 146.81 | 146.81 | 146.81 |
| COHEN & KROL | 3210-000 | NA | 2,143.00 | 2,143.00 | 2,143.00 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 882.00 | 882.00 | 882.00 |
| MILLENNIUM PROPERTIES R/E, INC. | 3510-000 | NA | 2,500.00 | 2,500.00 | 2,500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 9,505.38 | $ 9,505.38 | $ 9,505.38 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ahesi Po Box 9438 Gaithersburg, MD 20898 | | 0.00 | NA | NA | 0.00 |
| | American Home Mtg Srv Ahmsi / Attention: Bankruptcy Po Box 631730 Irving, TX 75063 | | 0.00 | NA | NA | 0.00 |
| | Armor Systems Co 1700 Kiefer Dr Suite 1 Zion, IL 60099 | | 957.00 | NA | NA | 0.00 |
| | Arnoldharris/Med Business Bureau Po Box 1219 Park Ridge, IL 60068 | | 425.00 | NA | NA | 0.00 |
| | Arnoldharris/Med Business Bureau Po Box 1219 Park Ridge, IL 60068 | | 64.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aurora Loan Services Attn: Bankruptcy Dept. Po Box 1706 Scottsbluff, NE 69363 | | 0.00 | NA | NA | 0.00 |
| | Banco Popular 2525 N Kedzie Blvd Chicago, IL 60647 | | 0.00 | NA | NA | 0.00 |
| | Banco Popular 7 West 51st Street New York, NY 10019 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America 4060 Ogletown/Stanton Rd Newark, DE 19713 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America 4060 Ogletown/Stanton Rd Newark, DE 19713 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America 4060 Ogletown/Stanton Rd Newark, DE 19713 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America N.A. 450 American St. Simi Valley, CA 93065 | | 323,905.00 | NA | NA | 0.00 |
| | Bank Of America, N.a. 450 American St Simi Valley, CA 93065 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America, N.a. 450 American St Simi Valley, CA 93065 | | 81,000.00 | NA | NA | 0.00 |
| | Blatt, Hassenmiller, Leibsker & Moore LLC 125 South Wacker Dr, Suite 400 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Cap One Na Po Box 26625 Richmond, VA 23261 | | 0.00 | NA | NA | 0.00 |
| | Capital One, N.a. Capital One Bank (USA) N.A. Po Box 30285 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Chase 9451 Corbin Avenue Northridge, CA 91328 | | 0.00 | NA | NA | 0.00 |
| | Chase Cardmember Service PO Box 15298 Wilmington, DE 19850-5298 | | 2,300.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Manhattan Attn: Bankruptcy Research Dept P.O. Box 24696 Columbus, OH 43224 | | 0.00 | NA | NA | 0.00 |
| | Chase Manhattan Mtge 3415 Vision Dr Columbus, OH 43219 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 1093 Northridge, CA 91328 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 1093 Northridge, CA 91328 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 256.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 57.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Citgo Oil / Citibank Attn: Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Banamex 2029 Century Park E Fl 4 Los Angeles, CA 90067 | | 0.00 | NA | NA | 0.00 |
| | Citi Residential Lendi Attn: Bankruptcy Department Po Box 79022 Ms 322 St. Louis, MO 63179 | | 0.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Citibank Usa Citicorp Credit Services/Attn: Centraliz Po Box 20363 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Citibank Usa Citicorp Credit Services/Attn: Centraliz Po Box 20363 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 | | 0.00 | NA | NA | 0.00 |
| | Conseco 345 St Peter/900 Landmk Saint Paul, MN 55102 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Consecofin 345 St Peter/900 Landmk Saint Paul, MN 55102 | | 0.00 | NA | NA | 0.00 |
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | 0.00 | NA | NA | 0.00 |
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | 2,548.00 | NA | NA | 0.00 |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | EMC Mortgage/Chase Attention: Bankruptcy Clerk Po Box 293150 Lewisville, TX 75029 | | 237,686.00 | NA | NA | 0.00 |
| | Gecrb/whitehall Po Box 981439 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | GEMB / Old Navy Attention: GEMB Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/JC Penny Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Harris N.a. Attn: Bankruptcy 3800 Golf Rd Ste. 300/Po Box 8759 Rolling Meadows, IL 60008 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Nv Attention: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/bstby Pob 15521 Wilmington, DE 19805 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/carsn Pob 15521 Wilmington, DE 19805 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/carsn Pob 15521 Wilmington, DE 19805 | | 0.00 | NA | NA | 0.00 |
| | Indymac Bank Attn:Bankruptcy 2900 Esperanza Crossing Austin, TX 78758 | | 0.00 | NA | NA | 0.00 |
| | Kohls/capone Po Box 3115 Milwaukee, WI 53201 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lane Bryant PO Box 182121 Columbus, OH 43218-2121 | | 0.00 | NA | NA | 0.00 |
| | Midland Credit Management 8875 Aero Dr Suite 200 San Diego, CA 92123 | | 4,052.00 | NA | NA | 0.00 |
| | Midland Credit Management 8875 Aero Dr Suite 200 San Diego, CA 92123 | | 3,203.00 | NA | NA | 0.00 |
| | National Credit Soluti Po Box 15779 Oklahoma City, OK 73155 | | 111.00 | NA | NA | 0.00 |
| | Nbgl Carsons Pob 15521 Wilmington, DE 19805 | | 0.00 | NA | NA | 0.00 |
| | Nbgl-carsons Po Box 15524 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Nmac Attn: Bankruptcy 8900 Freeport Parkway Irving, TX 75063 | | 0.00 | NA | NA | 0.00 |
| | Real Time Resolutions Inc PO Box 35888 Dallas, TX 75235 | | 78,561.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rshk/cbsd Attn.: Citi Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Rshk/cbsd Attn.: Citi Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Rshk/cbsd Attn.: Citi Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Sears/cbna 133200 Smith Rd Cleveland, OH 44130 | | 0.00 | NA | NA | 0.00 |
| | Sears/cbna 701 East 60th St N Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Target Corp 244 Butternut Ln Streamwood, IL 60107 | | 2,000.00 | NA | NA | 0.00 |
| | Tcf Mortgage Corporati Attn: Legal Dept 801 Marquette Ave Minneapolis, MN 55402 | | 0.00 | NA | NA | 0.00 |
| | Tcf Mortgage Corporati Attn: Legal Dept 801 Marquette Ave Minneapolis, MN 55402 | | 139,542.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tnb-Visa (TV) / Target C/O Financial & Retail Services Mailstop BV P.O.Box 9475 Minneapolis, MN 55440 | | 3,738.00 | NA | NA | 0.00 |
| | Us Bank/na Nd Attn: Bankruptcy Dept Po Box 5229 Cincinnati, OH 45201 | | 0.00 | NA | NA | 0.00 |
| | Wash Mutual/providian/Chase Attn: Bankruptcy Dept Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Wash Mutual/providian/Chase Attn: Bankruptcy Dept Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Wfm/wbm 3480 Stateview Blvd-Bldg 2s Fort Mill, SC 29715 | | 0.00 | NA | NA | 0.00 |
| | Wfnnb/clark Po Box 2961 Shawnee Mission, KS 66201 | | 0.00 | NA | NA | 0.00 |
| | Wfnnb/clark Po Box 2961 Shawnee Mission, KS 66201 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wfnnb/harlem Attention: Bankruptcy Po Box 182686 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Wfnnb/lanebr Po Box 182789 Columbus, OH 43213 | | 0.00 | NA | NA | 0.00 |
| 3 | AMERICAN INFOSOURCE T MOBILE USA | 7100-000 | NA | 876.95 | 876.95 | 167.21 |
| 4 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 76.86 | 76.86 | 14.66 |
| 1 | DISCOVER BANK | 7100-000 | NA | 4,314.19 | 4,314.19 | 822.59 |
| 2 | REAL TIME RESOLUTIONS INC | 7100-000 | NA | 102,218.53 | 102,218.53 | 0.00 |
| | Real Time Resolutions, Inc. | 7100-000 | NA | 19,490.16 | 19,490.16 | 19,490.16 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 880,405.00 | $ 126,976.69 | $ 126,976.69 | $ 20,494.62 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-10276 | JSB | Judge: | Janet S. Baer | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|---|
| Case Name: | JOSE A CRUZ | | | | Date Filed (f) or Converted (c): | 03/21/2014 (f) |
| | VIRGINIA CRUZ | | | | 341(a) Meeting Date: | 05/06/2014 |
| For Period Ending: | 07/14/2015 | | | | Claims Bar Date: | 10/28/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residential real estate located at 4019 N. Bernard | 166,000.00 | 0.00 | | 30,000.00 | FA |
| 2. Financial Accounts | 200.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 1,800.00 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts | 6.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 750.00 | 0.00 | | 0.00 | FA |
| 7. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 8. Pension / Profit Sharing | 100,000.00 | 0.00 | | 0.00 | FA |
| 9. Liquidated Claims | 1,800.00 | 205.00 | | 0.00 | FA |
| 10. Vehicles | 3,139.00 | 0.00 | | 0.00 | FA |
| 11. Vehicles | 5,060.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $279,755.00 | $205.00 | | $30,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RESIDENCE HAS EQUITY - DEBTORS WILL PURCHASE TRUSTEE'S RIGHT, TITLE AND INTEREST IN HOME FOR $30,000

Initial Projected Date of Final Report (TFR): 12/31/2015      Current Projected Date of Final Report (TFR): 12/31/2015

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-10276 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | JOSE A CRUZ | Bank Name: | The Bank of New York Mellon |
| | VIRGINIA CRUZ | Account Number/CD#: | XXXXXX9591 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX1400 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/14/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/12/14 | 1 | ITW SAVINGS AND INVESTMENT PLAN (F/B/O VIRGINIA CRUZ) | LIQUIDATION OF REAL PROPERTY | 1110-000 | $30,000.00 | | $30,000.00 |
| 09/02/14 | 300001 | MILLENNIUM PROPERTIES R/E, INC. DANIEL HYMAN200 WEST MADISON STREET36TH FLOORCHICAGO, IL 60606 | COMMISSIONS COMMISSION PURSUANT TO 8/27/14 COURT ORDER | 3510-000 | | $2,500.00 | $27,500.00 |
| 09/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $25.89 | $27,474.11 |
| 10/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $40.72 | $27,433.39 |
| 11/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $40.79 | $27,392.60 |
| 12/05/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | $39.41 | $27,353.19 |
| 01/27/15 | 300002 | COHEN & KROL 105 WEST MADISON STREETSUITE 1100CHICAGO, IL 60602 | Claim 000005, Payment 100.00% | 3210-000 | | $2,143.00 | $25,210.19 |
| 01/27/15 | 300003 | BARRY A. CHATZ, TRUSTEE 120 SOUTH RIVERSIDE PLAZASUITE 1200CHICAGO, IL 60606 | Claim 000006A, Payment 100.00% | 2100-000 | | $3,750.00 | $21,460.19 |
| 01/27/15 | 300004 | BARRY A. CHATZ, TRUSTEE 120 SOUTH RIVERSIDE PLAZASUITE 1200CHICAGO, IL 60606 | Claim 000006B, Payment 100.00% | 2200-000 | | $83.57 | $21,376.62 |
| 01/27/15 | 300005 | POPOWCER KATTEN, LTD. 35 EAST WACKER DRIVESUITE 1550CHICAGO, IL 60601-2124 | Claim 000007, Payment 100.00% | 3410-000 | | $882.00 | $20,494.62 |
| 01/27/15 | 300006 | DISCOVER BANK<br><br>DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY, OH 43054-3025 | Claim 000001, Payment 19.07% | 7100-000 | | $822.59 | $19,672.03 |
| 01/27/15 | 300007 | REAL TIME RESOLUTIONS INC<br><br>1349 EMPIRE CENTRAL DR SUITE 150 DALLAS TX 75247 | Claim 000002, Payment 19.07% (2-1) FORECLOSED OUT 2ND 4006W JACKSON BLVD CHICAGO IL 60624 (2-1) MODIFIED ON 9/24/2014 TO CORRECT CREDITOR ADDRESS. (CC) | 7100-000 | | $19,490.16 | $181.87 |
| | | | Page Subtotals: | | $30,000.00 | $29,818.13 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-10276 | Trustee Name: BARRY A. CHATZ |
| Case Name: JOSE A CRUZ | Bank Name: The Bank of New York Mellon |
| VIRGINIA CRUZ | Account Number/CD#: XXXXXX9591 |
| | Checking Account |
| Taxpayer ID No: XX-XXX1400 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/14/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/27/15 | 300008 | AMERICAN INFOSOURCE T MOBILE USA<br>PO BOX 248848 OKLAHOMA CITY, OK 73124-8848 | Claim 000003, Payment 19.07% | 7100-000 | | $167.21 | $14.66 |
| 01/27/15 | 300009 | CAPITAL RECOVERY V, LLC<br><br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | Claim 000004, Payment 19.07% (4-1) JCPENNEY CREDIT SERVICES | 7100-000 | | $14.66 | $0.00 |
| 05/14/15 | 300007 | REAL TIME RESOLUTIONS INC<br><br>1349 EMPIRE CENTRAL DR SUITE 150<br>DALLAS TX 75247 | Claim 000002, Payment 19.07% (2-1) FORECLOSED OUT 2ND 4006W JACKSON BLVD CHICAGO IL 60624 (2-1) MODIFIED ON 9/24/2014 TO CORRECT CREDITOR ADDRESS. (CC) Reversal | 7100-000 | | ($19,490.16) | $19,490.16 |
| 05/14/15 | 300010 | Real Time Resolutions, Inc.<br>P.O. Box 35888<br>Dallas, TX 75235 | Claim 000002, Payment 19.07% (2-1) FORECLOSED OUT 2ND 4006W JACKSON BLVD CHICAGO IL 60624 (2-1) MODIFIED ON 9/24/2014 TO CORRECT CREDITOR ADDRESS. (CC) Reversal To replace Reversed Check No. 300007 | 7100-000 | | $19,490.16 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $30,000.00 | $30,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $30,000.00 | $30,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $30,000.00 | $30,000.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $181.87 |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9591 - Checking Account | $30,000.00 | $30,000.00 | $0.00 |
|  | $30,000.00 | $30,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $30,000.00 |
| Total Gross Receipts: | $30,000.00 |

Page Subtotals:   $0.00   $0.00